IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MELVIN KETCHUM | § | |
| | § | |
| v. | § | C.A. NO. C-08-193 |
| | § | |
| NATHANIEL QUARTERMAN | § | |

## ORDER

Petitioner is an inmate in the Texas Department of Criminal Justice, Correctional Institutions Division, and is currently incarcerated at the Eastham Unit in Lovelady, Texas. Proceeding pro se, he filed a habeas petition pursuant to 28 U.S.C. § 2254. (D.E. 1). Pending is his motion to dispense with the required number of copies of his habeas petition. (D.E. 6).

Petitioner need only file one original copy of any filing with the Clerk of this Court. However, he must still comply with the Federal Rules of Civil Procedure and this Court's Local Rules regarding service of a copy of any filing on respondent who has been served. Petitioner may provide respondent with a copy made through carbon paper, or alternatively an identical handwritten version of the document filed with the Court.

ORDERED this 18th day of June 2008.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE