IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MELVIN KETCHUM | § | |
| | § | |
| v. | § | C.A. NO. C-08-193 |
| | § | |
| NATHANIEL QUARTERMAN | § | |

## ORDER

Petitioner is an inmate in the Texas Department of Criminal Justice, Correctional Institutions Division, and is currently incarcerated at the Eastham Unit in Lovelady, Texas. Proceeding pro se, he filed a habeas petition pursuant to 28 U.S.C. § 2254. (D.E. 1). Pending is his motion designating reporter's records from his state criminal proceeding. (D.E. 3). Specifically, he expresses concern at having to provide copies of this record to this Court when obtaining copies from the state court would cost $1.00 per page.

An order for service of process was issued in this case. (D.E. 10). Pursuant to that order, respondent is required to provide "documents relating to the conviction(s) of the court which petitioner attacks: (a) copies of the indictment(s), judgment(s), sentence(s), and order(s) pursuant to which petitioner is being held." Id. at ¶ 5.

Because petitioner will not have to provide the Court with his state court trial records, his motion designating reporter's records from his state criminal proceeding, (D.E. 3), is DENIED.

ORDERED this 19th day of June 2008.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE